**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Symbology Innovations LLC
Plaintiff,
v.
OpticsPlanet, Inc.
Defendant.

Case No.: 1:20−cv−04557
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 4, 2020:

MINUTE entry before the Honorable Matthew F. Kennelly: Based on the report that the parties have reached a settlement in principle, the motion to continue [11] is granted, the telephone status hearing set for 10/19/2020 is vacated and reset to 11/30/2020 at 8:50 AM. A joint status report is to be filed by 11/20/2020. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.